IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JIMMY L. GRAZIER,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

                Respondent.

Civil No. 04-772-HU

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

**MOSMAN, Judge.**

On June 6, 2005, Magistrate Judge Hubel issued Findings and Recommendation (doc. #21) in the above-captioned case REMANDING to the Commissioner for additional proceedings to resolve identified issues. After a *de novo* review, the court ADOPTS the magistrate's findings and recommendation without modifications as the opinion of this court. See 28 U.S.C. § 636.

IT IS SO ORDERED.

DATED this  11th   day of August, 2005.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Judge