FILED'05 NOV 21 16:01USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JIMMY GRAZIER,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security<br>　　　Defendant | Civil No. 04-772-HU<br><br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6207.60 and no expenses, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that no costs shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 17 day of November, 2005.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Presented by:

s/ David R. Johnson
_____
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant